# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) Cr. No. **20-cr-10029** |
| v. | ) |
| **JOHN DAVID MCAFEE,** | ) |
| **Defendant.** | ) |

## ORDER

The United States has moved this Court to unseal the indictment that was filed in this matter.

Wherefore, for good cause, the indictment is unsealed.

IT IS SO ORDERED this 5th day of October, 2020.

    **s/Jon A. York**
    UNITED STATES MAGISTRATE JUDGE